AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00326 |
| Ryan Joseph Orlando | ) Assigned to: Judge Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign Date: 11/28/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     January 6, 2021     in the county of _____ in the
_____ in the District of     Columbia    , the defendant(s) violated:

*Code Section*                               *Offense Description*

18 U.S.C. § 641- Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(A) - (Enter or remain on the floor of a House of Congress without authorization)
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

· This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     11/28/2023                                                  _____
*Judge's signature*

City and state:         Washington, D.C.            Honorable Moxila A. Upadhyaya,
*United States Magistrate Judge*