AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Ryan Joseph Orlando | ) Case: 1:23-mj-00326 |
| | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 11/28/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Ryan Joseph Orlando__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641- Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(A) - (Enter or remain on the floor of a House of Congress without authorization)
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 11/28/2023

*Complainant's signature*

City and state:   Washington, D.C.      Honorable Moxila A. Upadhyaya,
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 11/28/23, and the person was arrested on *(date)* 11/29/23
at *(city and state)* Arlington, VA

Date: 11/29/23

*Arresting officer's signature*

Kristen Hennessey, Special Agent
*Printed name and title*