# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 1:23-mj-326 |
| : | |
| **RYAN ORLANDO,** : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Taylor L. Fontan*
Taylor L. Fontan
IN Bar No. 35690-53
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 815-8597
Taylor.fontan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this eighth day of January, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

                                By:    <u>/s/ Taylor L. Fontan</u>
                                           Taylor L. Fontan
                                           Assistant United States Attorney