UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-mj-326 |
| | : | |
| RYAN ORLANDO, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and she does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

          By:  /*s/ Taylor L. Fontan*/
              Taylor L. Fontan
              IN Bar No. 35690-53
              Assistant United States Attorney
              601 D Street NW
              Washington, D.C. 20530
              (202) 815-8597
              Taylor.fontan@usdoj.gov

CERTIFICATE OF SERVICE

On this eighth day of January, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

By:  /s/ Taylor L. Fontan
Taylor L. Fontan
Assistant United States Attorney